RLC/le

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

FWM MECHANICAL, INC.                                                                                              PLAINTIFF

VS.                            No. 3:05CV207SWW

NUCOR STEEL-ARKANSAS, a/k/a
NUCOR STEEL, a/k/a NUCOR CORPORATION,
DECKER INDUSTRIES, INC., RPS ENGINEERING,
and CST INDUSTRIES, d/b/a COLUMBIAN TEC. TANK                                   DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Having been apprised that CST Industries, d/b/a Columbian Tec Tank ("CST") and Nucor Corporation ("Nucor") have settled their dispute in this matter, the Court hereby dismisses with prejudice the Complaint of CST against Nucor. The Court's dismissal does not affect Nucor's Cross-Claim against its Co-Defendant, Decker Industries, Inc., which remains pending before the Court.

**IT IS SO ORDERED.**                    /s/Susan Webber Wright

                                        **UNITED STATES DISTRICT COURT JUDGE**

                                        **DATED: March 28, 2006**

**APPROVED:**

**REID, BURGE, PREVALLET & COLEMAN**

By:   /s/ Robert L. Coleman
       Robert L. Coleman, No. 80031
       **ATTORNEYS FOR NUCOR CORPORATION**


**BEQUETTE & BILLINGSLEY, P.A.**

By:   /s/ Jay Bequette
       Jay Bequette
       **ATTORNEYS FOR CST INDUSTRIES,**
       **d/b/a COLUMBIAN TEC TANK**