IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| FWM MECHANICAL, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No.3:05cv000207 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| NUCOR STEEL-ARKANSAS, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiff FWM Mechanical, Inc. ("FWM") alleges separate defendant, Decker Industries, Inc. ("Decker"), has defaulted in payment obligations due under four separate agreements for labor and materials and that Decker's failure to pay the amounts due and owing FWM constitutes a breach of contract thereby entitling FWM to judgment against Decker for its liability on the contracts. *See* Am. Comp. In its Answer to FWM's Amended Complaint, Decker "admits it owes some money to [FWM]" on each of the four agreements, "but not the amount alleged." Ans. at ¶¶ 5, 10, 15, 20.

The matter is before the Court on motion of FWM for summary judgment [doc.#31]. The time for filing a response to this motion has long since passed with no responsive pleading from Decker. Having considered the record, including the Affidavit of FWM's Vice President, Dennis Botzong, and FWM's Statement of Undisputed Material Facts, the Court finds that there are no genuine issues of material fact remaining and that summary judgment should be and

hereby is entered in favor of FWM.

IT IS THEREFORE ORDERED that FWM's motion for summary judgment [doc.#31] is hereby granted and that FWM is awarded a total of $51,212.81 plus prejudgment interest of $6.08 for each day after May 30, 2006, through the date of the judgment.

Dated this 20th day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE