RLC/le

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

FWM MECHANICAL, INC.                                                            PLAINTIFF

    VS.                           No. 3:05CV207SWW

NUCOR STEEL-ARKANSAS, a/k/a
NUCOR STEEL, a/k/a NUCOR CORPORATION,
DECKER INDUSTRIES, INC., RPS ENGINEERING,
and CST INDUSTRIES, d/b/a COLUMBIAN TEC. TANK                    DEFENDANTS

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### OF NUCOR'S CROSS-CLAIM AGAINST DECKER

    Nucor Corporation has filed a Motion to Dismiss Without Prejudice its Cross-Claim against Decker Industries, Inc., by reason of settlement.  Document #38.  The Motion is GRANTED.  Nucor Corporation's Cross-Claim against Decker Industries, Inc., is hereby dismissed without prejudice.

    **IT IS SO ORDERED** this 27th day of September, 2006.

                                                           /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE