IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FWM MECHANICAL, INC.                                              PLAINTIFF

vs.     CASE NO. CV 3:05-cv-207 SWW

NUCOR STEEL-ARKANSAS a/k/a
NUCOR STEEL a/k/a NUCOR CORPORATION,
DECKER INDUSTRIES, INC., R.P.S. ENGINEERING,
and CST INDUSTRIES d/b/a COLUMBIAN TEC. TANK            DEFENDANTS

## ORDER OF DISMISSAL

Upon the *ore tenus* motion of FWM Mechanical, Inc. and CST Industries, the Court finds that the parties have reached a settlement agreement whereby their claims should be dismissed. The Court finds that the motion is well taken and should be approved without the necessity of further notice or hearing.

IT IS THEREFORE ORDERED that Plaintiff's Complaint as to the claims stated therein against Separate Defendant CST Industries is dismissed with prejudice. Further, CST Industries' Counterclaim against FWM Mechanical, Inc. is dismissed with prejudice.

IT IS SO ORDERED this 4th day of OCTOBER 2006.

/s/Susan Webber Wright

U.S. DISTRICT COURT JUDGE

APPROVED AND ENTRY REQUESTED:

QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
*Attorneys for Plaintiff FWM Mechanical, Inc.*
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
Phone: (501) 379-1700

By: /s/ M. Ruthie Hagan
_____
Michael N. Shannon, Ark. Bar No. 92186
M. Ruthie Hagan, Ark. Bar No. 2004178

George Jay Bequette , Jr
*Attorney for Defendant CST Industries*
425 W. Capital Ave., Suite 1400
Little Rock, Arkansas  72201

By: /s/ George Jay Bequette, Jr.
_____
George Jay Bequette , Jr