**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**FWM MECHANICAL, INC.**                                                                           **PLAINTIFF**

vs.                                    **CASE NO. CV 3:05-cv-207 SWW**

**NUCOR STEEL-ARKANSAS a/k/a NUCOR STEEL a/k/a**
**NUCOR CORPORATION, DECKER INDUSTRIES, INC., R.P.S.**
**ENGINEERING, and CST INDUSTRIES d/b/a COLUMBIAN**
**TEC. TANK**                                                                                        **DEFENDANTS**

## ORDER OF DISMISSAL

Upon the *ore tenus* motion of FWM Mechanical, Inc. and R.P.S. Engineering, the Court finds that the parties have reached a settlement agreement whereby their claims should be dismissed. The Court finds that the motion is well taken and should be approved without the necessity of further notice or hearing.

IT IS THEREFORE ORDERED that Plaintiff's Complaint as to the claims stated therein against Separate Defendant R.P.S. Engineering is dismissed with prejudice. Further, R.P.S. Engineering's Counterclaim against FWM Mechanical, Inc. is dismissed with prejudice.

Dated this 4th day of October 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

QUATTLEBAUM, GROOMS, TULL & BURROW PLLC
*Attorneys for Plaintiff FWM Mechanical, Inc.*
111 Center Street, Suite 1900
Little Rock, Arkansas 72201 Phone: (501) 379-1700

      /s/ M. Ruthie Hagan
By: _____
Michael N. Shannon, Ark. Bar No. 92186
M. Ruthie Hagan, Ark. Bar No. 2004178


WILLIAMS AND ANDERSON PLLC
*Attorneys for Defendant R.P.S. Engineering*
111 Center Street, Suite 2200
Little Rock, Arkansas 72201

      /s/ John Kooistra
By: _____
John Kooistra