IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FWM MECHANICAL, INC.                                                                                    PLAINTIFF

vs.                                            NO. 3:05CV207 SWW

NUCOR STEEL-ARKANSAS a/k/a
NUCOR STEEL a/k/a NUCOR CORPORATION,
DECKER INDUSTRIES, INC., RPS ENGINEERING,
and CST INDUSTRIES d/b/a COLUMBIAN TEC TANK                              DEFENDANTS

## ORDER DISMISSING CROSS-CLAIMS PENDING AGAINST AND FILED BY SEPARATE DEFENDANT CST INDUSTRIES d/b/a COLUMBIAN TEC TANK

On this 10th day of October, 2006, came before the Court the motion of Separate Defendant CST Industries d/b/a Columbian Tec Tank to dismiss all cross-claims pending against it and to dismiss all cross-claims filed by Separate Defendant CST Industries d/b/a Columbian Tec Tank. The Court, having considered the matter, and with no objection from the remaining defendants, determines the motion is proper and should be, and hereby is, granted.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that all cross-claims pending against CST Industries d/b/a Columbian Tec Tank are hereby dismissed without prejudice, and all cross-claims filed by Separate Defendant CST Industries d/b/a Columbia Tec Tank pending against FWM Mechanical, Inc., Decker Industries, Inc. and RPS Engineering are hereby dismissed without prejudice.

IT IS SO ORDERED.

/s/Susan Webber Wright
U.S. DISTRICT COURT JUDGE

October 10, 2006

PREPARED BY:

-2-

BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107

By:     /s/ **Jay Bequette**
        Jay Bequette, #87012

Attorneys for CST Industries d/b/a Columbian Tec Tank


APPROVED:

GARDNER LAW FIRM
120 W. Walnut, P.O. Box 385
Blytheville, AR 72315
Telephone: (870) 763-8186

By:    /s/ **Charles J. Gardner**
        Charles J. Gardner, #76036

Attorneys for Decker Industries, Inc.

WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, AR 72201
Telephone: (501) 372-0800

By:     /s/ **John Kooistra, III**
        John Kooistra, III, #80080

Attorneys for RPS Engineering



O:\FINAL ORDERS\3-05cv207.dismissal.wpd