### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION


FWM MECHANICAL, INC.

vs.                                    NO. 3:05CV00207 SWW

NUCOR STEEL-ARKANSAS, ET AL


### ORDER OF DISMISSAL

It appearing to the Court that all claims in this matter have been settled,

IT IS THEREFORE ORDERED that this action hereby is dismissed with prejudice.

DATED this 11th day of October, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE